# FILED

DEC 14 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

2:22-CV-01273-DAD-KJN

DAVID D. HARRIS P54352/B3B-113
CHCF-STOCKTON
PO. BOX 213040
SACRAMENTO, CALIF 95213

FIRST AMENDMENT PETITION FOR REDRESS OF GRIEVANCES

THE LAW HAS ALWAYS BEEN ON YOUR SIDE - USE IT TO BUILD A BETTER, STRONGER AMERICA.



UNITED STATES CONSTITUTIONAL CITATION

# CRIMINAL COMPLAINT

AFFIDAVIT AND BRIEF OF INFORMATION

THE UNITED STATES **DISTRICT COURT E.D.**
DISTRICT COURT SUPREME COURT HOUSE OF REPRESENTATIVES, SENATE JUDICIARY COMMITTEE PRES DEPT ETC.
FOR THE DISTRICT OF (State) **CALIFORNIA**
IN THE COUNTY OF **SAN JOAQUIN**

JURISDICTION
18 USC 241
REFERENCES
42 USC 1983, 1985, 1986
Case Number
**2:22-CV-01273-DAD-KJN**

## UNITED STATES OF AMERICA

By **DAVID J. HARRIS**

**PLAINTIFF**
Plaintiff(s)/Accuser(s)

VS.

(**CORRECTIONAL OFFICERS**) **A. GARCIA AND J. FIGUEROA**

**DEFENDANTS**

AND ANY UNKNOWN OTHERS                                   Defendant(s)/Accused

Citation, Complaint, Affidavit and Brief of Information

The above named defendant(s) is/are accused by this instrument of the offense of violation of the herein listed and marked parts of the U.S. Constitution—the ORIGINAL and SUPREME Law of the Land.
Said defendant(s), on or about **JANUARY 6TH, 2021**,
in **CHCF-STOCKTON** County, State of **CALIFORNIA**,
did unlawfully Commit an ACT OF Violence Against The Plaintiff, David A. Harris, as omitted by Defendant A. Garcia in Exhibit(B)(1) Defendant admits to physically assaulted me by punching me repeatedly in the facial area. Defendant violated the Plaintiffs Constitutional not to be subjected to Cruel an unusual Punishment Per. The 8th Amendment, also the the defendant admits to committing a felony by committing a battery, hench the Case Log # 2:22-CV-01273-DAD-KJN for violations of the USC 42 §1983 Civil Complaint against both assailants in Question.

Please Refer to Attached Exhibit, Narrated by Defendant #1. Correctional Officer A. Garcia. Exhibit(A)(1) and (B)(1) one page Front/Back

Citation, Complaint, Affidavit and Brief                                              Page 1 of 5

| WE HAVE SIMPLIFIED AND CODED (SEE NEXT BOX) U.S.CONSTITUTIONAL LAWS AS SHOWN FOR BETTER AND MORE COMPLETE UNDERSTANDING FOR ALL. | 101/OC—Obligation of Contracts<br>└─Clause 1<br>└─Section 10<br>└─Article 1    AM14.1/EP— Equal Protection<br>└─Section 1<br>└─Amendment 14 |
|---|---|

**I. PROTECTIONS OF YOUR BASIC RIGHTS** —(If you prefer, add more on the line below labeled "other")

☐ AM1/FR    No law shall be made limiting my freedom of religion and how I apply it to my life (conscience).
☐ AM6/AC    The accused may have the assistance of anyone/anything in the presentation of his defense.
☐ AM6/AC, AM1/FR    It is up to me to choose and have as counsel whoever can best understand and represent my conscience (what I think is right or wrong).
☐ AM13.1/S,IS    No law-abiding person shall be forced to do anything he does not want to do.
☐ OTHER

---

**II. GUARANTEES OF AN HONEST GOVERNMENT THAT GIVES FAIR AND EQUAL PROTECTION FOR ALL**

☐ AM1/FS    No law shall limit my freedom of speech-I can say whatever I believe - especially if required (when someone requires me to tell the Truth, the whole Truth, and nothing but the Truth...).
☐ AM1/FP    No law shall limit freedom of the press- or my freedom to express my ideas in writing or printing.
☐ AM6/INFO    The accused must be informed why he is on trial (and the nature and cause of the complaint).
☐ AM6/WA    The accused must be confronted by all witnesses against him.
☐ AM6/WF    The accused has the right to compulsory process to get all people or materials in his favor.
☐ AM6/PT    In all trials involving the threat of jail, the accused shall have a public trial (including friends).
☐ AM5/IND    No person shall be held to answer for any serious crime without a Grand Jury indictment.
☐ AM14.1/CUS    All persons born or naturalized in the U.S. are citizens and protected by the U.S. Constitution.
☐ AM14.1/EP    All persons shall be equally protected and restricted by the law.
☐ 421/UP,UI    People of each state can do anything that is allowed in any other state.
☐ 411/ARP    No state shall refuse to acknowledge the actions and records of other states.
☐ AM14.1/CP,CI    No state shall make or enforce any law limiting rights guaranteed in the U.S. Constitution.
☐ OTHER

---

**III. GUARANTEES OF REASONABLE ENFORCEMENT OF YOUR RIGHTS**

☐ AM4/PS    I am safe from unwarranted searches/seizures of myself, or anything mine (or my responsibility).
☐ AM4/W,PC    Any action taken against me must be fully described to me in writing, issued by a court of law (not an agency-like IRS), signed by a judge (not an agent-like IRS), and sworn on oath.
☐ 101/OC    No state shall pass any law impairing the obligation of contracts.
☐ OTHER

---

**IV. GUARANTEES OF DUE PROCESS (ACTION/REACTION PROCESS THAT PROVIDES JUSTICE FOR ALL)**

☐ AM5/DP    No person shall be deprived of anything without a fair trial based on Constitutional law.
☐ AM14/DP    No State shall deprive anyone of anything without a fair trial based on Constitutional law.
☐ 192/HC    I have a right to further court-process if I have been unlawfully confined (Writ of Habeas Corpus).
☐ 322/SCA    I have a right to appeal my case to a higher court.
☐ OTHER

---

**V. PROTECTIONS AGAINST UNREASONABLE GOVERNMENT BEHAVIOR (OVERCONTROLLING YOUR LIFE)**

☐ 193/XL    No law shall be passed today that can punish me for something I did yesterday (no retroactive laws).
☐ 101/XL    No state shall pass any law today that can punish me for something I did yesterday (ex post facto).
☐ 411/CPE    Congress determines the effect of state legal processes.
☐ AM5/DJ    No person shall suffer more than once for the same offense.
■ 101/LMR    No state shall declare war on a person (resort to force) in violation of the Constitution.
☐ AM8/XB    No excessive bail shall be required - bail shall be proportional to crime.
☐ AM8/XF    No excessive fines shall be imposed - fines shall be proportional to crime.
[2] ■ AM8/CP    No cruel punishment (torture) shall be inflicted on anyone.
[3] ■ AM8/UP    No unusual punishment shall be inflicted - there shall be equal suffering for equal crimes.
☐ OTHER

---

## VI. PROTECTIONS AGAINST GOVERNMENT SECRECY — WHICH FORCES GOVERNMENT TO BE HONEST

- ☐ AM6/INFO, AM14.1/EP   I may require as much in writing as is required of me.
- ☐ 311/GB   All judges may only hold their office during good behavior (lawful, patient, dignified, courteous).
- ☐ AM5/JC   No one shall give up or lose anything (taxes) for public gain without fair compensation.
- ☐ AM7/JT   All trials not involving the threat of jail, and involving over $20 shall be tried by jury.
- ☐ AM6/ST,PT   All trials involving the threat of jail shall be speedy and public.
- ☐ 323/JT   All trials involving the threat of jail shall be by jury.
- ☐ 323/TIS   Trial must be in the state where the crime was committed.
- ☐ AM6/IJT   A jury must impartially rule on facts (even ruling against any law they believe unfair).
- ☐ AM6/TWC   A jury must be of the state and district where the crime was committed.
- ☐ AM6/DPA   The trial district must be pre-established by law to insure a fair sampling of people in the jury.
- ☐ 101/GS   Money is legal tender ONLY if it is made of, or exchangeable at a bank for, silver or gold.
- ☐ 101/GS,TD   No state shall make anything but silver or gold legal tender for payment of debts.
- ☐ 101/CM   No state is allowed to coin or print money.
- ☐ 101/EBC   No state is allowed to print anything to be used in the place of money.
- ☐ 101/OC   No state is allowed to weaken the dollar bill's obligation to be exchangeable for silver or gold.
- ☐ 185/CM   Only Congress can coin money (not the Federal Reserve, which is an unlawful private corporation).
- ☐ 185/VM   Congress has valued money at 412.5 grains of standard silver (or equivalent gold) to the dollar.
  (Federal Reserve notes don't promise any silver or gold at all! So, they are unlawful and cannot be used in any transactions with the Government (payment of taxes, bail, fees, fines, court costs, etc.).
- ☐ 186/PC   Printing money without lawful authorization is counterfeiting; Congress must punish counterfeiters.
- ☐ 101/TN   No state shall set anyone (including Bar Assoc., Esquire, etc.) above the Common Man.
- ☐ 101/TAC   No state shall work against the U.S. Constitution with anyone (Bar Assoc., IRS, etc.).
- ☐ 431/NNS   No controlling agency (Bar Assoc., IRS) shall be formed (or act) in violation of the U.S. Constitution.
- ☐ 331/TAU   No controlling agency shall harass a U.S. Citizen (mixed war/treason).
- ☐ 111/SP   Only Congress has the power to make laws.
- ☐ 311/SP   Only courts can decide punishments and rewards with regard to the law.
- ☐ OTHER

## VII. PROTECTIONS AGAINST GOVERNMENT COMPLETELY CONTROLLING YOUR LIFE (DOMINATION)

- ⁴ ■ AM5/WAH   No person shall be forced to say or do anything that can be used against him later (for any reason).
- ☐ AM3/QS   No public servant shall be quartered in a public house unlawfully or without public consent.
- ⁵ ■ 193/BA   No person or group can make a law, judge on it, AND punish under it (this takes away ALL rights).*
- ⁶ ■ 101/BA   No state shall allow any person or group to make a law, judge on it, AND punish under it. *
- ⁷ ■ OTHER *BILL OF PAINS AND PENALTIES

## VIII. GUARANTEES THAT IF SOMETHING IS WRONG, YOUR GOVERNMENT MUST DO SOMETHING

- ⁸ ■ AM14.1/CUS   All persons born or naturalized in the U.S. are citizens and protected by the U.S. Constitution.
- ☐ AM14.4/PDQ   Taxes (public debt) spent for unlawful purposes may be questioned.
- ☐ 197/NUW   No money may be withdrawn from the Public Treasury for unlawful purposes.
- ☐ AM16/TX   Congress has the power to lay and collect taxes only for lawful purposes.
- ☐ AM5/JC   No one shall give up or lose anything (taxes) for public gain without fair compensation.
- ☐ AM1/PA,RG   I may assemble peaceably with others to ask the Government to protect my rights.
- ☐ AM24/VPT   The right to vote may not be denied to anyone because they fail to pay taxes.
- ⁹ ■ AM9/ER   All rights belong to the people; some are stated, some are not.
- ☐ AM10/PR   All government power comes from the consent of the people governed.
- ¹⁰ ■ AM5/DP   No person shall be deprived of anything without a fair trial based on Constitutional law.
- ¹¹ ■ AM14/DP   No state shall deprive anyone of anything without a fair trial based on Constituional law.
- ¹² ■ 441/GRG   The U.S. guarantees a system of laws to protect the majority AND minority.
- ¹³ ■ 612/SL   "This Constitution is the Supreme Law of the Land."
- ¹⁴ ■ 613/BO   All law makers, court officials, and enforcement officers are bound by oath to the U.S. Constitution.
- ¹⁵ ■ 218/OATH   The President's oath is to "faithfully execute" his office and "defend the U.S. Constitution".
- ¹⁶ ■ 231/GX   The President shall "take care that the laws be faithfully executed (enforced)."
- ¹⁷ ■ 612/JB   All judges are bound by oath to support the United States Constitution.
- ¹⁸ ■ 441/PAI   The U.S. will protect every U.S. Citizen against any attack upon themselves or their rights.
- ¹⁹ ■ 441/PADV   The U.S. will protect every U.S. Citizen against local attack upon themselves or their rights.
- ☐ AM2/KBA   The right of people to keep and bear arms shall never be limited.
- ☐ AM14.3/HO,IR   No person shall hold office if he rebels against or violates the U.S. Constitution (treason).
- ☐ OTHER

TITLE 18 SECTION 241 - (18 USC 241) - CONSPIRACY AGAINST THE RIGHTS OF CITIZENS

If two or more persons conspire to injure, oppress, threaten, or intimidate any citizen in the free exercise of enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or if two or more persons go in disguise on the highway or the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured - they shall be fined not more than $10,000 or imprisoned not more than 10 years, or both; and if death results they shall be subject to imprisonment for any term of years or for life.

TITLE 18 SECTION 242 - (18 USC 242) - DEPRIVATION OF RIGHTS UNDER COLOR OF LAW

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such inhabitant being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined not more than $1,000 or imprisoned not more than one year, or both; and if death results shall be subject to imprisonment for any term of years or for life.

THEREFORE, the Court shall punish according to TITLE 18 SECTION 241, 242 .

X. PUNISHMENTS PROVIDED FOR CORRUPT PEOPLE IN OFFICE, DRAWING PUBLIC FUNDS
- ☐ 161/CS   Members of House and Senate will be paid with public funds for service--not disservice.
- ☐ 311/CS   Judges will be paid for their services --but not for disservice.
- ☐ 217/CS   The President shall be paid for his service--but not for disservice.
- ☐ AM14.4/OC.IR   The United States shall not be bound to finance it's own destruction.
- ☐ AM14.4/OC.V   The debt incurred by the U.S. to finance it's own destruction is void.
- ☐ 101/OC   No State shall pass any law impairing the obligations of contracts.
- ☐ 231/GX   The President shall take care that the laws be faithfully executed (enforced)
- ☐ 231/CO   The President gives power to the officers he appoints.
- ☐ OTHER

THEREFORE, the Court shall judge according to 16 AM JUR 2D 177, 178.
- ☐ 311/GB   All judges may only hold their office during good behavior (lawful, patient, dignified, courteous).
- ☐ 612/JB   All judges are bound by oath to support the Constitution of the United States of America.
- 20 ■ 613/BO   All law makers, court officials and enforcement officers are bound by oath to the U.S. Constitution.
- 21 ■ AM14.3/HO.IR   No person shall hold office if he rebels against or violates the U.S. Constitution.
- ☐ OTHER

THEREFORE, the Court shall punish the defendant(s) for fraud (drawing a wage for disservice) and misprision (mis--use of public office or contempt against the U.S. Constitution, the Supreme Law of the Land).

I (we) certify under penalties of perjury that I (we) have grounds to, and do believe that the above accused person(s) committed the above offense(s) contrary to law.

SUBSCRIBED AND SWORN TO BEFORE ME THIS __8__ DAY OF __December__, 2022

NOTARY PUBLIC __T. Manes__

IN AND FOR THE STATE OF __California__

RESIDING AT __Sacramento County San Joaquin Cal__

T. MANES
Notary Public - California
Sacramento County
Commission # 2381307
My Comm. Expires Nov 2, 2025

MY COMMISSION EXPIRES __11-2-2025__

NOTICE TO CREDIT AND BONDING COMPANIES--THE CIVIL VALUE OF THIS COMPLAINT IS: 230,000.00
__23__ COUNTS AT $10,000.00 PER COUNT X NUMBER OF LIEN DEBTORS __2__ = $ __460,000.000__ . THIS COMPLAINT IS AN AFFIDAVIT OF OBLIGATION IN THE NORMAL COMMERCIAL SENSE AND AS SUCH IS A SECURITY REPRESENTING ACCOUNTS RECEIVABLE AND IS A LIEN UPON THE REAL AND MOVABLE PROPERTY, MAL-PRACTICE INSURANCE AND PERFORMANCE BONDS OF THE ABOVE CITED DEFENDANTS. SEVERALLY AND JOINTLY

☐ 321/JUC   The Court's power reaches into all cases involving the U.S. Constitution or any laws made under it.
☐ 321/JUP   The Court's power shall extend to any case involving the United States as a party.
☐ OTHER

### TITLE 18 SECTION 241 - (18 USC 241) - CONSPIRACY AGAINST THE RIGHTS OF CITIZENS

If two or more persons conspire to injure, oppress, threaten, or intimidate any citizen in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or if two or more persons go in disguise on the highway or the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured - they shall be fined not more than $10,000 or imprisoned not more than 10 years, or both: and if death results they shall be subject to imprisonment for any term of years or for life.

### TITLE 18 SECTION 242 - (18 USC 242) - DEPRIVATION OF RIGHTS UNDER COLOR OF LAW

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such inhabitant being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined not more than $1,000 or imprisoned not more than one year, or both; and if death results shall be subject to imprisonment for any term of years or for life.

■ THEREFORE, the Court shall punish according to TITLE 18 SECTION 241/242.

☐ 311/GB   All judges may only hold their office during good behavior (lawful, patient, dignified, courteous).
☐ 612/JB   All judges are bound by oath to support the Constitution of the United States of America.
☑ 613/BO   All law makers, court officials, and enforcement officers are bound by oath to the U.S. Constitution.
☐ AM14.3/HO,IR   No person shall hold office if he rebels against, or violates the U.S. Constitution.
☐ OTHER

■ THEREFORE, the Court shall punish the defendant(s) for fraud (drawing a wage for disservice) and misprision (mis-use of public office or contempt against the U.S.Constitution, the Supreme Law of the Land).

I (we) certify under penalties of perjury that I (we) have grounds to, and do believe that the above accused person(s) committed the above offense(s) contrary to law.

(Sign here) _[signature]_   Date 12-8-22
(Sign here) _[signature]_   Date 12-8-22

THE CIVIL VALUE OF THIS COMPLAINT IS __23__ COUNTS AT $10,000 PER COUNT = __460,000.000__

THIS COMPLAINT IS AN AFFIDAVIT OF OBLIGATION IN THE NORMAL COMMERICAL SENSE AND AS SUCH IS A SECURITY REPRESENTING ACCOUNTS RECEIVABLE.

5 of 9

*OMISSIONS OF GUILT*

| STATE OF CALIFORNIA | | DEPARTMENT OF CORRECTIONS AND REHABILITATION |
|---|---|---|
| **CRIME / INCIDENT REPORT** | | |
| **PART C1 - SUPPLEMENT** CDCR 837-C1 (Rev. 10/15) | PAGE 2 Of 2 | INCIDENT LOG NUMBER 16856 |
| NAME: LAST GARCIA | FIRST A | MI NMI |
| **TYPE OF INFORMATION:** ☒ CONTINUATION OF REPORT  ☐ CLARIFICATION OF REPORT  ☐ ADDITIONAL INFORMATION | | |

**NARRATIVE:**

Due to the imminent threat, I gave Inmate HARRIS a direct order to get down on the ground with negative results. I gave HARRIS a second direct order to turn around and cuff up while simultaneously reaching out with my left hand in an attempt to place HARRIS in mechanical restraints (handcuffs), to effect custody and to gain compliance with a lawful order. HARRIS immediately became actively resistive by pulling away from me and <u>using his left fist striking me on my right shoulder.</u>

After being battered, I immediately used my right fist to deliver a strike to the left facial area of HARRIS while ordering him to "GET DOWN". HARRIS did not comply. He continued to advance towards me. I assessed and gave HARRIS another order to "GET DOWN" while simultaneously grabbing HARRIS' right arm with both hands and with the assistance of Officer's Figueroa and Saetern; we used our body weight to force HARRIS to the ground. Due to my focus on HARRIS, I was unable to see the hand placements or techniques utilized by responding staff while forcing HARRIS to the ground. As we went down to the floor, HARRIS' bodyweight landed on my right hand and wrist causing immediate, sharp pain.

Once on the ground, I placed both hands on top of HARRIS' upper back area while applying downwards pressure as HARRIS continued to resist by thrashing his body from side to side and refusing to submit to handcuffs by holding both his hands under his body while in a prone position. I gave HARRIS a direct order to cuff up with negative results. <u>Utilizing my right hand, I delivered a punch to HARRIS' facial area.</u> My strike did not have the desired effect as HARRIS continued to resist by holding both hands under his body. I gave another order to HARRIS to stop resisting and submit to me handcuffs, HARRIS did not comply, and he continued thrashing his body from side to side. I continued to maintain my focus on HARRIS upper back area while applying downwards pressure with both hands. I heard the sounds of handcuffs being applied to HARRIS however due to my focus on HARRIS' upper body I did not observe who placed them on. At which point HARRIS stopped resisting and became compliant. At this point all use of force ceased. Responding Officers Villafan and Corona relieved me of my position and provided coverage of HARRIS while I vacated the immediate area and awaited further instruction.

Building medical staff conducted a CDCR 7219 on me due to my sustained injuries to my right hand and wrist. I was escorted to the outside hospital for further medical treatment.

This concludes my involvement in the incident.

*EXHIBIT (# B)(1)*

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITONAL CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE CORRECTIONAL OFFICER | BADGE # / ID # | DATE 1/8/2021 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) SGT. D. DE SHA | DATE RECEIVED 1/8/2021 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 1/8/2021 |

DISTRIBUTION: Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

EXHIBIT (A)(1)

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION
# CRIME / INCIDENT REPORT
## PART C - STAFF REPORT
CDCR 837-C (Rev. 10/15)

PAGE 1 Of 2    INCIDENT LOG NUMBER: 16856

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| GARCIA | A | NMI | 1/6/2021 | 2027 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 321249 | B5B FLR 2 ICF | 5YRS. 3MO. | 1/8/2021 | B5B DAYROOM |

| RDO'S | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | ☐ N/A |
|---|---|---|---|---|
| M/T | 1400-2200 | BATTERY ON A PEACE OFFICER RESULTING IN THE USE OF FORCE (PHYSICAL) | 3005(d)(1) | |

**YOUR ROLE:**
- ☐ Primary
- ☐ Responder
- ☐ Witness
- ☐ Camera
- ☒ Victim
- ☐ Other:

**WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER):**
- (S) – C/O J. FIGUEROA
- (S) – C/O K. SAETERN
- (S) – C/O J. VILLAFAN
- (S) – C/O A. CORONA

**INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS):**
- (S) – HARRIS (P54352)

**FORCE USED BY YOU - TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE:**
- ☐ N/A
- ☒ Physical:
- ☐ Hand-Held Baton
- ☐ X-10 BRD w/o OC
- ☐ X-10 BRD w/ OC

Lethal Weapons: ☐ Mini 14, ☐ 38 Cal, ☐ 40 Cal, ☐ 9 mm, ☐ Shotgun

Less Lethal Weapons: ☐ 37 mm, ☐ 40 mm, ☐ L8, ☐ 40 mm Multi, ☐ HFWRS

Chemical Agent: ☐ OC, ☐ CN, ☐ CS

☐ Non-Conventional or Force Not Listed Above:

**FORCE OBSERVED BY YOU:** ☐ N/A ☒ Physical ☐ Hand-Held Baton ☐ Chemical Agent ☐ X-10 ☐ Less Lethal ☐ Lethal ☐ Non-Conventional

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ YES ☒ NO | ☐ YES ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|
| ☒ YES ☐ NO | PAIN AND SWELLING IN MY RIGHT HAND AND WRIST AREA / ☐ N/A | OUTSIDE HOSPITAL / ☐ N/A | ☐ BODILY ☐ UNKNOWN ☐ Other: ☒ N/A | ☒ YES ☐ NO |

**NARRATIVE:** _Based on the injuries Correctional Officer A. Garcia sustained during this incident, caused him to remain out pending workman's compensation and further medical evaluations. Upon full clearance it is currently unknown when Correctional Officer A. Garcia will be able to return to full duty._

_The following narrative is a telephonic transcription of an interview conducted and statements recounting Correctional Officer A. Garcia's involvement of the incident which occurred on January 6, 2021 at approximately 2027 hours, at the California Health Care Facility (CHCF), on Facility B, Building B5B "Battery on a Peace Officer Resulting in the Use of Force (Physical)"_

On Wednesday, January 6, 2021, at approximately 2027 hours, while working as B5B floor Officer 2, I was escorting inmate HARRIS (P54352 B5B-115) to the unit showers. As we approached the showers, inmate HARRIS became extremely agitated and belligerent and threw his clothing on the floor. I attempted to counsel HARRIS regarding his behavior, when suddenly HARRIS turned to face me from approximately 2-3 feet away with a menacing look in his eyes, while simultaneously throwing his ADA cane on the floor. He then clinched both his fist and got into a fighting stance yelling, "Let's fuckin' go nigga"!

☒ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # / ID # | DATE |
|---|---|---|---|
| | CORRECTIONAL OFFICER | | 1/8/2021 |

| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) | DATE RECEIVED | CLARIFICATION NEEDED | APPROVED | DATE |
|---|---|---|---|---|
| SGT. D. DE SHA | 1/8/2021 | ☐ YES ☒ NO | ☒ YES ☐ NO | 1/8/2021 |

DISTRIBUTION: Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ San Joaquin _____ )

On December 8, 2022 before me, Todd Manes, Notary Public _____
(insert name and title of the officer)

personally appeared David D. Harris _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

T. MANES
Notary Public - California
Sacramento County
Commission # 2381307
My Comm. Expires Nov 2, 2025