1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DAVID D. HARRIS,                           No.  2: 22-cv-01273 DAD KJN P

12              Plaintiff,

13         v.                                    ORDER

14    A. GARCIA, et al.,

15              Defendants.

16

17         Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18    to 42 U.S.C. § 1983.  For the reasons stated herein, the undersigned will address plaintiff's

19    amended complaint after the settlement conference.

20         On September 12, 2022, the undersigned referred this action to the Post-Screening ADR

21    Project and stayed this action for 120 days.  (ECF No. 17.)  On October 4, 2022, the undersigned

22    granted defendants until December 27, 2022, to contact the court to schedule a settlement

23    conference.  (ECF No. 19.)  Defendants contacted the court and a settlement conference is set for

24    March 9, 2023, before Magistrate Judge Claire.  (ECF No. 23.)  The stay in this action is extended

25    to the date of the settlement conference.  (ECF No. 24.)

26         On December 14, 2022, plaintiff filed a pleading docketed as a first amended complaint.

27    (ECF No. 22.)  Because this action is stayed until the date the settlement conference, the

28    undersigned will not address plaintiff's amended complaint until after March 9, 2023 conference,

                                                1

1   if appropriate.

2        Accordingly, IT IS HEREBY ORDERED that the undersigned will address plaintiffs first

3   amended complaint (ECF No. 22) after the March 9, 2023 settlement conference, if appropriate.

4   Dated:  December 22, 2022

5

6   KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

7

8

9   Harr1273.ord

10

2