UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID D. HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>A. GARCIA, et al.,<br><br>Defendants. | No. 2:22-cv-01273-DAD-KJN (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION FOR INJUNCTIVE RELIEF<br><br>(Doc. Nos. 26, 27) |

Plaintiff David D. Harris is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On January 4, 2023, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for injunctive relief (Doc. No. 26) be denied because plaintiff seeks relief "for matters unrelated to the claims on which this action proceeds." (Doc. No. 27.) Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id.* at 3.) To date, no objections have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly,

1. The findings and recommendations issued on January 4, 2023 (Doc. No. 27) are adopted in full; and

2. Plaintiff's motion for injunctive relief (Doc. No. 26) is denied.

IT IS SO ORDERED.

Dated: **February 12, 2023**

_____
UNITED STATES DISTRICT JUDGE